PCM

May 4, 2006

**Via Facsimile (401) 738-2661**

Mr. Hampton Hodges
**Happy Mill, LLC**
334 Knight Street, Unit #125
Warwick, RI 02886

Re: **Purchase & Sale Agreement**
**Pontiac Mill**
**334 Knight Street**
**Warwick, RI**

Dear Hamp:

The Initial Deposit of $124,982, wired to Pilgrim Title Insurance Company ("Pilgrim") for the Purchase of the Pontiac Mills complex, as identified in the Purchase and Sale Agreement ("P&SA") dated April 27, 2006, was sent by Hanover Capital (Blackstone) LLC, not the Buyer. As such, any refund of this deposit, pursuant to the P&SA, will be made back to Hanover Capital Blackstone, LLC and not the Buyer.

In addition, the P&SA identified the Initial Deposit as $125,000. The $124,982 received is in full consideration of the $125,000 identified in the P&SA and Buyer is not in breach of their obligation to make the Initial Deposit due to the shortfall of funds wired to Pilgrim.

Upon our signing of this letter I will forward a copy via facsimile to Jim Belliveau at Pilgrim Title.

**BUYER**
Project & Cost Management

By: [signature]

Name: FRANK GAMWELL

Title: CEO

Date: 5/4/06

**SELLER**
Happy Mill, LLC

By: [signature]

Name: HAMPTON HODGES

Title: MANAGER

Date:

14524 Delano St., Suite 200, Van Nuys, CA 91411
p. 818.995.7172 f. 818.385.0057 www.pcmla.com