RECEIVED

JUL 14 2006

Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

HAPPY MILL, LLC,
Plaintiff

v. C.A. No. 06-310ML

PROJECT & COST MANAGEMENT,
Defendant

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Happy Mill, LLC, hereby voluntarily dismisses the within action without prejudice.

HAPPY MILL, LLC

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: July 13, 2006

867143_1

Enter: Mary M. Lisi USDJ 7/17/06